IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| BOZZUTO CONSTRUCTION COMPANY | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:25-cv-02510 |
| | * | |
| SELECTIVE INSURANCE COMPANY | * | |
| OF SOUTH CAROLINA, et al. | * | |
| | * | |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff Bozzuto Construction Company ("Bozzuto"), by undersigned counsel and

pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(i), hereby notices the dismissal with

prejudice of this entire action against all Defendants.

Dated:  March 20, 2026

Respectfully submitted,

**GALLAGHER LLP**

/s/ James D. Bragdon
James D. Bragdon (VSB# 83681)
Gallagher LLP
650 S. Exeter Street
Baltimore, Maryland 21202
Telephone: (410) 727-7702
Facsimile: (410) 468-2786
Email: jbragdon@gallagherllp.com

*Attorney for Plaintiff*

So Ordered

/s/
Michael S. Nachmanoff
United States District Judge

3/25/26